IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:07CV337-DCK

| | |
|---|---|
| NATHANIEL KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**UPON MOTION** of the United States for a sixty (60) day stay within which to file its answer or other responsive pleading, for good cause shown and it appearing that Plaintiff does not object to such a stay,

**IT IS HEREBY ORDERED** that the United States shall have an additional sixty (60) days from and after October 22, 2007, up to and including **December 21, 2007**, to file its responsive pleading.

Signed: October 17, 2007

David C. Keesler
United States Magistrate Judge